UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>18-cv-15286-MAS-LHG (Northwestern Mutual Life Insurance Co.) | |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 24, 2018, Plaintiffs in the above-captioned action (the "Action") filed a Complaint (the "Complaint") against Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant"), J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, on January 18, 2019, counsel for Defendants agreed to accept service of the Complaint (ECF No. 6);

WHEREAS, Defendants filed motions to dismiss on February 8, 2019, to which Plaintiffs filed opposition on March 8, 2019;

WHEREAS, Defendants filed replies in support of their motions to dismiss on March 29, 2019;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) Defendants, to the extent all claims against a defendant have not been dismissed, will file answers to the Complaint within 60 days of the Court's ruling on the motions to dismiss;

(b) The Parties will confer about the paragraphs of the Complaint that the Defendants will answer within two weeks of the Court's decision on the motions to dismiss.

Stipulated and agreed to by:

DATED: April 24, 2019

**KASOWITZ BENSON TORRES LLP**

/s/ Stephen W. Tountas
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

Serena P. Hallowell (admitted *pro hac vice*)
Mark S. Willis (admitted *pro hac vice*)
Eric J. Belfi (admitted *pro hac vice*)
Thomas W. Watson (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Petrozziello
Matthew Petrozziello
919 Third Avenue
New York, NY 10022

**McCARTER & ENGLISH, LLP**

/s/ Richard Hernandez
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice* pending)
Craig S. Waldman (*pro hac vice* pending)
Daniel J. Stujenske (*pro hac vice* pending)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

**COOLEY LLP**

William J. Schwartz (admitted *pro hac vice*)
Sarah Lightdale (admitted *pro hac vice*)
1114 Avenue of the Americas

Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice* forthcoming)
Ada F. Johnson (*pro hac vice* forthcoming)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**WINSTON & STRAWN LLP**

/s/ *James S. Richter*
James S. Richter
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

So Ordered this 26th day of April, 2019

/s/ Michael Shipp
Hon. Michael Shipp, USDJ