UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NORTHWESTERN MUTUAL LIFE
INSURANCE CO., *et al.*,

        Plaintiffs,

        v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., *et al.*,

        Defendants.

Civil Action No. 18-15286 (MAS) (LHG)

**ORDER**

This matter comes before the Court upon Defendants Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc., J. Michael Pearson, and Robert L. Rosiello's (collectively, "Valeant Defendants") Motion to Dismiss (ECF No. 18); Defendant Howard B. Schiller's ("Schiller") Motion to Dismiss (ECF No. 17); and Defendant Tanya Carro's ("Carro") Motion to Dismiss (ECF No. 19). Plaintiffs Northwestern Mutual Life Insurance Co.; Northwestern Mutual Series Fund, Inc. – High Yield Bond Portfolio; and Northwestern Mutual Series Fund, Inc. – Research International Core Portfolio opposed Valeant Defendants', Schiller's, and Carro's motions in a single brief. (ECF No. 27.) Valeant Defendants, Schiller, and Carro replied in separate briefs. (ECF Nos. 36, 37, 38.) For the reasons set forth in the accompanying Memorandum Opinion,

**IT IS** on this 10th day of September, 2019, **ORDERED** that:

    1.    Valeant Defendants' Motion to Dismiss (ECF No. 18) is **GRANTED**.

    2.    Schiller's Motion to Dismiss (ECF No. 17) is **GRANTED**.

    3.    Carro's Motion to Dismiss (ECF No. 19) is **GRANTED**.

4. This action shall be coordinated with *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, No. 15-7658 (D.N.J.), pursuant to Case Management Order No. 1, *In re Valeant*, ECF No. 369.[1]

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court's disposition of the present motions does not dispose of the entire matter.