

September 24, 2019

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

**Re:** ***Northwestern Mutual Life Insurance Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*** **Docket No. 3:18-cv-08705-MAS-LHG**

Dear Judge Shipp:

On behalf of all parties, enclosed please find a Stipulation and Proposed Order for the Court's consideration. If Your Honor finds the enclosed Order acceptable, the parties respectfully request that it be entered.

Respectfully submitted,

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

/s/ Richard Hernandez

Richard Hernandez

Enclosure

cc: All Counsel of Record (via ECF)

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC