# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-07658-MAS-LHG |
| THIS DOCUMENT RELATES TO:<br><br>18-cv-08595 (MAS) (LHG)<br>18-cv-15286 (MAS) (LHG) | Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.) |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND EMAIL DESIGNATION**

Notice is given that Serena P. Hallowell, counsel for Plaintiffs, is no longer affiliated with Labaton Sucharow LLP. Ms. Hallowell is now affiliated with Motley Rice LLC. Ms. Hallowell remains counsel of record in this case for Plaintiffs. All future notices, pleadings, orders, or other papers should be provided to the following address:

Serena P. Hallowell, Esq.
Motley Rice LLC
777 Third Avenue, 27th Floor
New York, NY 10017
212-577-4043
shallowell@motleyrice.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 18th day of March, 2021, copies of the foregoing Notice Of Change Of Law Firm Affiliation And Email Designation were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Stephen W. Tountas*
                                                Stephen W. Tountas
                                                KASOWITZ BENSON TORRES LLP
                                                One Gateway Center
                                                Suite 2600
                                                Newark, NJ 07102
                                                Tel: (973) 645-9462
                                                Fax: (973) 643-2030
                                                stountas@kasowitz.com

Dated: March 18, 2021